UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE MACERICH PARTNERSHIP. LP, et al.,

    Plaintiff(s),

v.

McCARTHY BUILDING COMPANIES, INC. et al.,

    Defendant(s)/Third-Party Plaintffs,

v.

PACIFIC ERECTORS, INC., et al.,

    Third-Party Defendants.

NO. C03-2656P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The motion by McCarthy Building Co., Inc. and SDL Corporations for a continuance of the summary judgment motions filed PTC, Inc. (Dkt. No. 36) and Pacific Erectors, Inc. (Dkt. No. 42) is GRANTED. The motions are re-noted for June 10, 2005; Third-Party Plaintiffs' response is due by June 6, 2005 and Third-Party Defendants' replies are due on June 9, 2005.

Filed this 9th day of May, 2005.

                                    BRUCE RIFKIN, Clerk

                                    By    /s Mary Duett
                                                  Deputy Clerk

MINUTE ORDER