UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE MACERICH PARTNERSHIP, LP, et al.,

    Plaintiff(s),

 v.

McCARTHY BUILDING COMPANIES, et al.,

    Defendant(s)/Third-Party Plaintiffs,

 v.

PACIFIC ERECTORS, INC., et al.,

    Third-Party Defendant(s).

NO. C03-2656P

ORDER ON
(1) McCARTHY'S MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST PACIFIC ERECTORS, INC.

(2) PACIFIC ERECTORS, INC'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

**ORDER ON MOTIONS FOR**
**DISMISSAL & ATTY FEES - 1**

The above-entitled Court, having received and reviewed:

1. McCarthy Building Companies, Inc's and SDL Corporation's Motion for Voluntary Dismissal of Claims Against Pacific Erectors, Inc. with Prejudice

2. Pacific Erectors, Inc's Response to McCarthy Building Companies, Inc's and SDL Corporation's Motion for Voluntary Dismissal of Claims Against Pacific Erectors, Inc. with Prejudice

3. McCarthy Building Companies, Inc's and SDL Corporation's Reply in Support of Motion for Voluntary Dismissal of Claims Against Pacific Erectors, Inc. with Prejudice

4. Pacific Erectors, Inc.'s Motion for an Award of Attorneys' Fees and Costs

5. McCarthy Building Companies, Inc.'s and SDL Corporation's Response to Pacific Erectors, Inc.'s Motion for an Award of Attorneys' Fees and Costs

6. Pacific Erectors, Inc.'s Reply in Support of Motion for an Award of Attorneys' Fees and Costs

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion to dismiss Third Party Defendant Pacific Erectors, Inc. with prejudice is GRANTED.

IT IS FURTHER ORDERED that Third Party Defendant Pacific Erectors Inc.'s motion for an award of attorneys' fees and costs in the amount of $23,277.00 is GRANTED, and judgment shall be entered against SDL Corporation and McCarthy Building Companies, Inc.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: August 11, 2005

Marsha J. Pechman
U.S. District Judge

ORDER ON MOTIONS FOR
DISMISSAL & ATTY FEES - 2