UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE MACERICH PARTNERSHIP. LP, et al.,

    Plaintiff(s),

v.

McCARTHY BUILDING COMPANIES, INC. et al.,

    Defendant(s)/Third-Party Plaintffs,

v.

PACIFIC ERECTORS, INC., et al.,

    Third-Party Defendants.

NO. C03-2656P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court, having reviewed Plaintiff's Motion for Reconsideration of the Court's Order Striking Plaintiff's Expert Witnesses (Dkt. No. 107), calls for a response from Third-Party Defendant/moving party Cadman, Inc. The response, not to exceed 10 pages in length, shall be filed with the Court no later than **September 2, 2005.**

Filed this 22nd day of August, 2005.

                                      BRUCE RIFKIN, Clerk

                                      By    /s Mary Duett
                                                 Deputy Clerk

MINUTE ORDER