UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE MACERICH PARTNERSHIP. LP, et al.,

    Plaintiff(s),

 v.

McCARTHY BUILDING COMPANIES, INC. et al.,

    Defendant(s)/Third-Party Plaintffs,

 v.

PACIFIC ERECTORS, INC., et al.,

    Third-Party Defendants.

NO. C03-2656P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Third-Party Defendant Cadman, Inc.'s request for an additional week in which to file their response to Plaintiff Macerich Partnership's Motion for Reconsideration is hereby GRANTED. The response shall be filed no later than noon on Friday, September 9, 2005.

Filed this 31st day of August, 2005.

                          BRUCE RIFKIN, Clerk

                          By    /s Mary Duett
                                 Deputy Clerk

MINUTE ORDER