UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE MACERICH PARTNERSHIP. LP, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> McCARTHY BUILDING COMPANIES, INC. et al., <br><br> Defendant(s)/Third-Party Plaintffs, <br><br> v. <br><br> PACIFIC ERECTORS, INC., et al., <br><br> Third-Party Defendants. | NO. C03-2656P <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the parties' Stipulation and Order Continuing Trial Date and the September 6, 2005 letter from attorney Rodney Umberger, Jr. detailing his calendar conflicts with the proposed new trial date.

The parties are ordered to confer and arrive at a new proposed trial date, which shall be submitted to the Court, along with a case schedule of pretrial milestone events (dispositive motions cutoff, etc.), by no later than September 23, 2005.

MINUTE ORDER

Filed this 9th day of September, 2005.

                                    BRUCE RIFKIN, Clerk

                              By    /s Mary Duett
                                    Deputy Clerk

MINUTE ORDER