UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE MACERICH PARTNERSHIP, LP, et al.,

Plaintiff(s),

v.

McCARTHY BUILDING COMPANIES, et al.,

Defendant(s),

v.

PACIFIC ERECTORS, INC., et al.,

NO. C03-2656P

ORDER ON MOTION FOR RECONSIDERATION

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion for Reconsideration of the Court's Order Striking Plaintiff's Expert Witnesses

2. Third-Party Defendant Cadman, Inc.'s Response to Plaintiff Macerich Partnership, LP's Motion for Reconsideration of the Court's Order Striking Plaintiff's Expert Witnesses

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED the motion is DENIED.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: September ___14_, 2005

Marsha J. Pechman
U.S. District Judge

ORD ON - 1