UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE MACERICH PARTNERSHIP. LP, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>McCARTHY BUILDING COMPANIES, INC. et al.,<br><br>Defendant(s)/Third-Party Plaintffs,<br><br>v.<br><br>PACIFIC ERECTORS, INC., et al.,<br><br>Third-Party Defendants. | NO. C03-2656P<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The pending Motion for Partial Summary Judgment filed by Defendant McCarthy Building Companies, Inc. (Dkt. No. 103) is hereby RE-NOTED to **October 7, 2005**; Plaintiff's response will be due on October 3, 2005 and Defendant's reply will be due on October 6, 2005.

Filed this 27th day of September, 2005.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
       Deputy Clerk

MINUTE ORDER