UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE MACERICH PARTNERSHIP, LP, et al.,

    Plaintiff(s),

 v.

McCARTHY BUILDING COMPANIES, et al.,

    Defendant(s)/Third-Party Plaintiffs,

 v.

PACIFIC ERECTORS, INC., et al.,

    Third-Party Defendant(s).

NO. C03-2656P

ORDER ON McCARTHY BUILDING COMPANIES, INC.'S AND SDL CORPORATION'S MOTION FOR RECONSIDERATION

The above-entitled Court, having received and reviewed:

1. McCarthy Building Companies, Inc.'s and SDL Corporation's Motion for Reconsideration and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is DENIED.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: March __14_, 2006

                               /s/ Marsha J. Pechman
                               Marsha J. Pechman
                               U.S. District Judge

**ORD ON MTN FOR RECONSIDERATION - 1**