UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE MACERICH PARTNERSHIP, LP, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> McCARTHY BUILDING COMPANIES, et al., <br><br> Defendant(s)/Third-Party Plaintiffs, <br><br> v. <br><br> CADMAN, INC., et al., <br><br> Third-Party Defendant(s). | NO. C03-2656P <br><br> ORDER ON McCARTHY BUILDING COMPANIES, INC.'S AND SDL CORPORATION FIRST THROUGH ELEVENTH MOTIONS IN LIMINE |

The above-entitled Court, having received and reviewed:

1. McCarthy Building Companies, Inc.'s and SDL Corporation's First through Eleventh Motions in Limine;

2. Plaintiffs' Response to McCarthy and SDL's First through Eleventh Motions in Limine

3. Reply in Support of McCarthy Building Companies, Inc.'s and SDL Corporation's First through Eleventh Motions in Limine

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motions are disposed of as follows:

1. <u>Testimony regarding what the law is</u>: DENIED.

2. <u>Offers of settlement or compromise</u>: DENIED. No evidence of any specific offer was identified.

3. <u>Undisclosed evidence</u>: DENIED. The parties may make their objections at trial.

**ORD ON DEFS' MTNS**
**IN LIMINE NOS. 1 - 11  - 1**

1    4.    <u>Insurance</u>: GRANTED.

2    5.    <u>McCarthy's assets</u>: GRANTED.

3    6.    <u>Presence of the parties</u>: GRANTED.

4    7.    <u>The filing of this motion or the Court's ruling</u>: GRANTED.

5    8.    <u>Expenses of litigation</u>: GRANTED.

6    9.    <u>Non-expert testimony</u>: DENIED. The parties may make their objections at trial.

7    10.    <u>Evidence of other lawsuits</u>: GRANTED.

8    11.    <u>Experts retained by the insurance companies</u>: GRANTED.

The clerk is ordered to provide copies of this order to all counsel.

Filed this 2nd day of May, 2006.

Marsha J. Pechman
U.S. District Judge

**ORD ON DEFS' MTNS**
**IN LIMINE NOS. 1 - 11  - 2**